UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH S. WRIGHT,

    Plaintiff,

v.

PIERCE COUNTY,

    Defendant.

Case No. C22-5432-TL-MLP

ORDER DISMISSING ACTION

Having reviewed the Report and Recommendation of the United States Magistrate Judge Michelle L. Peterson (Dkt. No. 7), as well as the remaining record and no objections or responses to the Report and Recommendation having been filed, the Court hereby finds and ORDERS:

(1) The Report and Recommendation is APPROVED and ADOPTED.

(2) Plaintiff's amended complaint (Dkt. No. 6) and this action are DISMISSED WITHOUT PREJUDICE, pursuant to 28 U.S.C. § 1915(e)(2)(B) and 28 U.S.C. § 1915A(b).

Dated this 1st day of December, 2022.

Tana Lin
United States District Judge